No. 939, October Term, 1939. UNITED STATES EX REL. TSEVDOS *v.* REIMER, COMMISSIONER OF IMMIGRATION. October 14, 1940. 310 U. S. 645.

No. 954, October Term, 1939. DECOPPET ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1940. 310 U. S. 646.

No. 999, October Term, 1939. JANE HOLDING CORP. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 14, 1940. 310 U. S. 653.

No. 1028, October Term, 1939. BRADLEY *v.* SIMPSON, SOLICITOR GENERAL EX REL. OF PIEDMONT CIRCUIT, GEORGIA. October 14, 1940. 310 U. S. 643.

No. 1038, October Term, 1939. TOUCHTON *v.* CITY OF FORT PIERCE. October 14, 1940. 310 U. S. 652.

No. 1057, October Term, 1939. ZISKIN *v.* UNITED STATES. October 14, 1940. 310 U. S. 654.

No. 681, October Term, 1939. RAILROAD COMMISSION OF TEXAS ET AL. *v.* ROWAN & NICHOLS OIL CO. See *ante,* p. 614.

No. —. JOHNSON *v.* METROPOLITAN CASUALTY INSURANCE CO. October 28, 1940.

No. 452. McCULLOCH *v.* LOFTUS. October 28, 1940.